IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

OSCAR SCULL                                                              PETITIONER

v.                         NO. 2:07CV00006 JMM-JFF

LINDA SANDERS,
Warden, FCI Forrest City,
Arkansas                                                                 RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is considered, ordered, and adjudged that the Respondent's motion to dismiss is granted and Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed without prejudice for lack of subject matter jurisdiction.

IT IS SO ADJUDGED this 15th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE